UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
| | |
|---|---|
| A.B. and L.B., individually, : | CIVIL ACTION NO: |
| : | 1:08-cv-04585-NRB |
| Plaintiffs, : | |
| : | |
| v. : | **RULE 7.1** |
| : | **DISCLOSURE STATEMENT** |
| MARK STAROPOLI, PAULA STAROPOLI, : | |
| CLARKSTOWN SOCCER CLUB, : | |
| CLARKSTOWN SOCCER CLUB, BOARD : | |
| MEMBERS & EMPLOYEES OF THE : | |
| CLARKSTOWN SOCCER CLUB, NICHOLAS : | |
| ARCURI, MARGARET TURRIN, DIRECT KICK : | |
| SOCCER, ROBERT WALKLEY, JOHN DOES 1 : | |
| through 5 (fictitious names for the persons, : | |
| partnerships and/or corporations intended), JANE : | |
| DOES 1 through 5 (fictitious names for the persons, : | |
| partnerships and/or corporations intended), and : | |
| RICHARD ROES 1 through 5 (fictitious names for : | |
| the persons, partnerships and/or corporations : | |
| intended), : | |
| : | |
| Defendants. : | |
| : | |

------------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Clarkstown Soccer Club, Board Members & Employees of Clarkstown Soccer Club, Nicholas Arcuri and Margaret Turrin certifies that the follow are corporate parents, affiliates and/or subsidiary of said party, which are publicly held:

**NONE**

Dated:    June 6, 2008

2012346.1

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
Attorneys for Defendants Clarkstown Soccer Club, Board Members and Employees of the Clarkstown Soccer Club, Nicholas Arcuri and Margaret Turrin

By: _____
Glen S. Feinberg (GSF-4790)

2012346.1