UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
A.B. and L.B., individually,                :    CIVIL ACTION NO:
                                            :    1:08-cv-04585-NRB
        Plaintiffs,                 :
                                            :
   v.                                  :
                                            :
MARK STAROPOLI, PAULA STAROPOLI,            :    **CERTIFICATION OF**
CLARKSTOWN SOCCER CLUB,                     :    **ELECTRONIC FILING**
CLARKSTOWN SOCCER CLUB, BOARD               :    **AND MAILING**
MEMBERS & EMPLOYEES OF THE                  :
CLARKSTOWN SOCCER CLUB, NICHOLAS            :
ARCURI, MARGARET TURRIN, DIRECT KICK        :
SOCCER, ROBERT WALKLEY, JOHN DOES 1         :
through 5 (fictitious names for the persons,:
partnerships and/or corporations intended), JANE :
DOES 1 through 5 (fictitious names for the persons, :
partnerships and/or corporations intended), and :
RICHARD ROES 1 through 5 (fictitious names for :
the persons, partnerships and/or corporations :
intended),                                  :
                                            :
        Defendants.                 :
                                            :
------------------------------------------------------------------X

     I, Glen S. Feinberg, the undersigned, certify that a true copy of the within Rule 7.1 Disclosure Statement was electronically filed with the United States District Court, Southern District of New York on this date and that copies were also delivered via regular mail to known counsel at their respective office addresses as follows:

Michael R. Ascher, Esq.                     Joseph S. Accardi, Esq.
Einhorn, Harris, Ascher, Barbarito,         Accardi & Mirda, Esq.
   Frost & Ironson, PC                     570 W. Mt. Pleasant Avenue
165 E. Main Street                          Livingston, New Jersey 07039
P.O. Box 3010                               Attorneys for Robert Walkley
Denville, New Jersey 07834-3010
Attorneys for Plaintiffs

2012346.1

| | |
|---|---|
| Jack T. Spinella, Esq.<br>Nicoll Davis & Spinella LLP<br>95 Route 17 South<br>Paramus, New Jersey 07652<br>Attorneys for Paula Staropoli | Alan S. Goldberger, Esq.<br>Goldberger & Goldberger<br>1373 Broad Street<br>P.O. Box 447<br>Clifton, New Jersey 07015<br>Attorneys for Robert Walkley &<br>  Direct Kick Soccer |

        WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
        3 Gannett Drive
        White Plains, New York 10604

        By: _____
            Glen S. Feinberg (GSF-4790)

Dated: June 6, 2008

2012346.1