NICOLL DAVIS & SPINELLA LLP
250 Park Avenue, Suite 1500
New York, New York 10177
(212) 972-0786
Attorneys for Defendant, Paula Staropoli

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| A.B. and L.B., individually,<br><br>      Plaintiff,<br><br>  v.<br><br>MARK STAROPOLI, PAULA STAROPOLI, CLARKSTOWN SOCCER CLUB, CLARKSTOWN SOCCER CLUB, BOARD MEMBERS OF EMPLOYERS OF THE CLARKSTOWN SOCCER CLUB, NICHOLAS ARCURI, MARGARET TURRIN, DIRECT KICK SOCCER, ROBERT WALKLEY, JOHN DOES 1 through 5 (fictitious names for the persons, partnerships and/or corporations intended), JANE DOES 1 through 5 (fictitious names for the persons, partnerships and/or corporations intended), and RICHARD ROES 1 through 5 (fictitious names for the persons, partnerships and/or corporations intended),<br><br>      Defendants. | Civil Action Number: 1:08-cv-04585-NRB<br><br>**DEFENDANT PAULA STAROPOLI'S CORPORATE DISCLOSURE STATEMENT** |

  Pursuant to Fed. R. Civ. Proc. 7.1, the undersigned counsel for Defendant, PAULA STAROPOLI, (the "Defendant") states that the Defendant is a natural person and is not a corporation. As such, there is no parent corporation and that no publicly owned corporation owns 10% or more of the Defendant's stock.

Dated:  June 12, 2008          NICOLL DAVIS & SPINELLA LLP

                   BY:  /s/ *Jack T. Spinella*