UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| A.B. and L.B., individually, | ) |
| | ) CIVIL ACTION NO: 08-cv-4585 |
| Plaintiff, | ) WHITE PLAINS |
| | ) |
| vs. | ) **NOTICE OF MOTION FOR ADMISSION** |
| | ) **OF COUNSEL PRO HAC VICE** |
| MARK STAROPOLI, PAULA | ) |
| STAROPOLI, CLARKSTOWN SOCCER | ) |
| CLUB, BOARD MEMBERS & | ) |
| EMPLOYEES OF THE CLARKSTOWN | |
| SOCCER CLUB, NICHOLAS ARCURI, | |
| MARGARET TURRIN, DIRECT KICK | |
| SOCCER, ROBERT WALKLEY, et al, | |
| | |
| Defendant. | |

PURSUANT TO RULE 1.3( c) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, ROBERT STEVEN FRANKLIN., a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of Michael R. Ascher, Esquire, Einhorn, Harris, Ascher, Barbarito & Frost, P.C., 165 East Main Street, Denville, New Jersey 07834, Telephone Number: (973) 627-7300, Fax Number: 973-627-0869. Michael R. Ascher, Esquire is a member and in good standing of the Bar of the State of New Jersey. Upon information and belief, there are no pending disciplinary proceedings against Michael R. Ascher, Esquire in any State or Federal Court.

Dated: July 10, 2008
West Palm Beach, Florida

                                         Respectfully submitted,

                                         ROBERT STEVEN FRANLKIN, P.A.
                                         Sponsor's Michael R. Ascher
                                         Southern District NY Bar  RF-0870
                                         823 N. Olive Avenue
                                         West Palm Beach, Florida 33401-3709
                                         Telephone Number: 561-805-7140
                                         Facsimile Number: 561-805-7141

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| A.B. and L.B., individually, ) | |
| ) | CIVIL ACTION NO: 08-cv-4585 |
| Plaintiff, ) | WHITE PLAINS |
| ) | |
| vs. ) | CERTIFICATION OF SERVICE |
| ) | |
| MARK STAROPOLI, PAULA ) | |
| STAROPOLI, CLARKSTOWN SOCCER ) | |
| CLUB, BOARD MEMBERS & ) | |
| EMPLOYEES OF THE CLARKSTOWN | |
| SOCCER CLUB, NICHOLAS ARCURI, | |
| MARGARET TURRIN, DIRECT KICK | |
| SOCCER, ROBERT WALKLEY, et al, | |
| | |
| Defendant. | |

I, JUDITH A. NARUSZEWICZ, hereby certifies as follows:

1. I am a secretary at the firm of Einhorn, Harris, Ascher, Barbarito & Frost, P.C., attorneys for the Plaintiffs in the above captioned matter.

2. The original and with a courtesy copy of a Notice of Motion for Admission of counsel Pro Hac Vice, Supporting Affidavit and Order was submitted for filing via FEDERAL EXPRESS to:

  Clerk, United States District Court
  Southern District of NY
  300 Quarropas Street
  White Plains, NY 10601

  Courtesy Copy to Honorable Steven C. Robinson, U.S.D.J.
  United States District Court - Southern District of NY
  300 Quarropas Street
  White Plains, NY 10601

3.  A copy of the within Notice of Motion with supporting documentation has been sent via FEDERAL EXPRESS to:

Glenn Feinberg, Esq.
Wilson, Elser, Moskowitz,
Edelman & Dicker, LLP
3 Gannett Drive
White Plains, NY 10604

Alan S. Goldberger, Esq.
Goldberger & Goldberger
1373 Broad Street
Clifton, NJ 07015

Jack T. Spinella, Esq.
Nicoll, Davis & Spinella, LLP
95 Route 17 South
Paramus, New Jersey 07652

Joseph H. Cerame, Esq.
45 Essex Street
Hackensack, NJ 07607

Joseph Accardi, Esq.
Accardi & Mirda
570 W. Mt. Pleasant Avenue
Livingston, NJ 07039

I hereby certify that the foregoing statements made by me are true. I am aware that if the foregoing statements made by me are wilfully false, I am subject to punishment.

JUDITH A. NARUSZEWICZ

Dated: July 15, 2008

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| A.B. and L.B., individually, | ) |
| Plaintiff, | ) CIVIL ACTION NO: 08-cv-4585<br>) WHITE PLAINS |
| vs. | ) AFFIDAVIT OF ROBERT STEVEN |
| MARK STAROPOLI, PAULA STAROPOLI, CLARKSTOWN SOCCER CLUB, BOARD MEMBERS & EMPLOYEES OF THE CLARKSTOWN SOCCER CLUB, NICHOLAS ARCURI, MARGARET TURRIN, DIRECT KICK SOCCER, ROBERT WALKLEY, et al, | ) FRANKLIN IN SUPPORT OF MOTION<br>) TO ADMIT COUNSEL PRO HAC VICE |
| Defendant. | |

ROBERT STEVEN FRANKLIN, being duly sworn, hereby deposes and says as follows:

1. I am an attorney-law admitted to practice law in the State of New York and Florida, and I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Michael R. Ascher, Esquire as counsel pro hac vice to represent Plaintiff in this matter.

2. I was admitted to practice in the State of New York in January, 1976. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with the Court.

3. I have known Michael R. Ascher, Esquire since 1967.

4. Michael R. Ascher, Esquire is a Partner at Einhorn, Harris, Ascher, Barbarito & Frost, P.C.

5. I have found Michael R. Ascher, Esquire to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Michael R. Ascher, Esquire, pro hac vice.

7. I respectfully submit a proposed Order granting admission of Michael R. Ascher, Esquire, pro hac vice, to represent Plaintiffs in the above captioned matter, be granted.

Dated: July 10, 2008
West Palm Beach, Florida

Respectfully submitted,

ROBERT STEVEN FRANKLIN, ESQUIRE
SDNY BAR CODE: RF-0870

NOTARY

ANAIS VEIGA
MY COMMISSION # DD 630159
EXPIRES: January 17, 2011
Bonded Thru Notary Public Underwriters

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **MICHAEL R ASCHER** (No. **010181974**) was constituted and appointed an Attorney at Law of New Jersey on **December 10, 1974** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **8TH** day of **July**, 20 **08**

Clerk of the Supreme Court

-453a-