*Robinson, J*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| A.B. and L.B., individually, ) | |
| ) | CIVIL ACTION NO: 08-cv-4585 (SCR) |
| Plaintiff, ) | WHITE PLAINS |
| ) | |
| vs. ) | **ORDER FOR ADMISSION PRO HAC** |
| ) | |
| MARK STAROPOLI, PAULA ) | **VICE ON WRITTEN MOTION** |
| STAROPOLI, CLARKSTOWN SOCCER ) | |
| CLUB, BOARD MEMBERS & ) | |
| EMPLOYEES OF THE CLARKSTOWN | |
| SOCCER CLUB, NICHOLAS ARCURI, | |
| MARGARET TURRIN, DIRECT KICK | |
| SOCCER, ROBERT WALKLEY, et al, | |
| | |
| Defendant. | |

Upon the Motion of ROBERT STEVEN FRANKLIN, ESQUIRE, attorney for Plaintiffs,

A.B. and L.B., individually and said sponsor attorney's Affidavit in Support;

**IT IS HEREBY ORDERED that**

**Michael R. Ascher, Esquire**
**EINHORN, HARRIS, ASCHER,**
**BARBARITO & FROST, P.C.**
**165 East Main Street**
**Denville, New Jersey 07834**
**Telephone #973-627-7300**
**Facsimile #973-627-0869**
**mascher@einhornharris.com**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED:

is admitted to practice pro hac vice as counsel for Plaintiffs, A.B. & L.B., individually in the above

captioned case in the United States District Court for the Southern District of New York. All

attorneys appearing before this Court are subject to the Local Rules of this Court, include the Rules

governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF)

system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: July 9, 2008
White Plains, NY

*[signature]*
_____
STEPHEN C. ROBINSON, U.S.D.J.
7/22/08