UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X Case No. 08C.V. 4585 SCR
A.B. and L.B., Individually,

                Plaintiff,

        **SUBSTITUTION OF ATTORNEYS**

  - against –

ROBERT WALKLEY,

                Defendant.
------------------------------------------------------------X

**It is hereby stipulated and consented** that Harold L. Moroknek, Esq. of Hodges, Walsh & Slater, LLP of 55 Church Street, White Plains, New York 10601, be and hereby substitute in place and instead of Accardi & Mirda, PC, Attorneys at Law, of 570 W. Mt. Pleasant Avenue, Livingston, New Jersey 07039, as attorneys for Defendant, Robert Walkley, individually and t/a "Direct Kick Soccer" and incorrectly denominated in the Complaint as "Direct Kick Soccer" in this action, and that this substitution be entered into effect without further notice.

Dated: February 26, 2008

HODGES, WALSH & SLATER, LLP

By: _____
    HAROLD L. MOROKNEK

ACCARDI & MIRDA

By: _____
    JOSEPH S. ACCARDI
    Withdrawing Attorney(s)

Date: August 29, 2008
White Plains, NY

So Ordered.

_____
U.S.D.J.